# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Jason Rains, David Cerutti, Paige Bishop, Carlos Guidorizzi, Heather Richards, Brian Gresh, Stephen Seiber, Chris Robinson, Pamela Hughes, and Tiffany Debbas, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>Jaguar Land Rover North America, LLC and Jaguar Land Rover Limited,<br><br>Defendants.. | Civil Action No.: 2:22-cv-04370-EP-JSA |

**DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANT JAGUAR LAND ROVER LIMITED**

PROPOUNDING PARTY: JASON RAINS, ET AL.

RESPONDING PARTY: JAGUAR LAND ROVER LIMITED

## PRELIMINARY STATEMENT

JLR Limited is incorporated and organized under the laws of England and Wales and is headquartered in the United Kingdom. JLR Limited designs and manufactures Jaguar and Land Rover brand vehicles including the subject 2020-2022MY Land Rover Defender vehicles in this case that were sold or leased in California, Colorado, Florida, Louisiana, New Jersey, Tennessee, Texas, and Utah ("Putative Class Vehicles").

As of the date of these responses, JLR Limited has not completed its discovery, investigation, or preparation for trial. Accordingly, its responses herein are complete to the extent possible based on information reasonably available at this time and are given without prejudice to its right to supplement or modify them based on the discovery of additional or different information. By making these responses, JLR Limited does not concede that the information provided is properly discoverable or admissible at trial.

JLR Limited's responses to Plaintiffs' requests reflect all of the responsive information identified by JLR Limited before the date of these responses, pursuant to a reasonable and duly diligent search conducted in connection with these requests in those areas where such information is expected to be found. To the extent that these requests purport to require more, JLR Limited objects on the grounds that (a) the requests seek to compel JLR Limited to conduct a search beyond the scope of permissible discovery under the Federal Rules of Civil Procedure; and (b) compliance with the requests would impose an undue burden and expense on JLR Limited.

JLR Limited reserves the right to object to future discovery on the same or related matters and does not waive any objection by providing the information reflected in these responses. JLR Limited further reserves the right to object to the admissibility of any of these responses or related matters, in whole or in part, at trial in this action, on any grounds, including, but not limited to, materiality, relevance and privilege.

JLR Limited also reserves the right to conduct further investigation and discovery. JLR Limited specifically reserves the right to present subsequently discovered facts or evidence at the time of trial. JLR Limited also notes that discovery and investigation are ongoing, and it may supplement

its responses below, if appropriate, in accordance with applicable court orders and the Federal Rules of Civil Procedure.

**OBJECTIONS TO INSTRUCTIONS AND DEFINITIONS**

JLR Limited objects to each and every Request on the following grounds which are hereby incorporated within each response set forth below:

1. JLR Limited objects to the Document Requests to the extent they require JLR Limited to respond and/or produce documents on behalf of any other party or non-party entity, company, corporation, or natural person. JLR Limited will only produce documents within its possession, custody, or control.

2. JLR Limited objects to the Document Requests to the extent that they seek the disclosure of information protected from discovery by any privilege, including the attorney-client privilege and/or the work product doctrine.

3. JLR Limited objects to the Document Requests to the extent that they seek information that is not relevant to the claims or defenses in this action or impose burdens that are not proportional to the needs of the case.

4. JLR Limited objects to the Document Requests to the extent that they seek documents or information that are already in Plaintiffs' possession, custody, or control, and/or are in the public domain, or to which Plaintiffs have equal access.

5. JLR Limited objects to the Document Requests to the extent they seek the disclosure of information that would violate the privacy rights of any individual or entity, breach any confidentiality agreement, contravene any court order restricting disclosure of information, or otherwise result in the release of any confidential or proprietary commercial, financial, or trade-secret information of non-parties.

6. JLR Limited objects to Plaintiffs' demand to produce documents within 30 days of the date of service as unduly burdensome.

7. JLR Limited objects to Plaintiffs' definition of the terms "JLR LTD," "Land Rover," "Defendant", "You", "Your", "Dealer", and "Dealership" to the extent that these definitions ignore

the corporate separateness between JLR Limited and other entities, and seek to require JLR Limited to provide information on behalf of entities other than itself or on behalf of any other party or non-party entity, company, corporation, or natural person on the grounds it is overly broad, unduly burdensome, and beyond the scope of permissible discovery. Accordingly, JLR Limited construes these Requests to refer to JLR Limited only and responds only on its own behalf.

8. JLR Limited objects to Plaintiffs' definition of the term "Document" to the extent it seeks to impose an obligation upon JLR Limited beyond that established by the Federal Rules of Civil Procedure without any basis. As such, JLR Limited will interpret these terms as used in the Federal Rules. Moreover, Documents will not be produced in a format that permits them to be altered after production.

9. JLR Limited further objects to Plaintiffs' definitions, instructions, and Requests to the extent that they seek to impose upon JLR Limited an obligation to create and produce documents that do not exist.

10. Any representation in JLR Limited's responses that JLR Limited will undertake to produce responsive, non-privileged responsive documents is not a representation that any responsive documents exist but is only a representation that, if such documents exist, they will be produced consistent with the Preliminary Statement and Objections.

JLR Limited fully incorporates each and every one of the above objections into each and every response that follows below.

**DOCUMENT REQUESTS**

1. All contracts and agreements between JLR LTD and Jaguar Land Rover North America, LL ("JLRNA") concerning the distribution of Land Rover vehicles in the United States.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case.

JLR Limited further objects to the phrase "[a]ll contracts and agreements . . . concerning the distribution of Land Rover vehicles in the United States" as vague and ambiguous.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case.

2. All contracts and agreements concerning JLR LTD's sale of Land Rover vehicles, including the Class Vehicles, to JLRNA.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case. JLR Limited further objects to the phrase "[a]ll contracts and agreements" as vague and ambiguous as used in this request.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case.

3. All contracts and agreements concerning JLR LTD's sale of the Class Vehicles in the United States.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case. JLR Limited further objects to the phrase "[a]ll contracts and agreements" as vague and ambiguous as used in this request.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case.

4. Copies of all marketing and advertising materials concerning the Class Vehicles.

**RESPONSE:**

JLR Limited objects to this request because it seeks information that is neither relevant nor proportional to the needs of the case, which alleges only omissions rather than affirmative representations. JLR Limited further objects to the word "materials" as vague and ambiguous as used in this request.

5. Copies of all marketing and advertising materials concerning the Class Vehicles that was developed for the United States market.

**RESPONSE:**

JLR Limited objects to this request because it seeks information that is neither relevant nor proportional to the needs of the case, which alleges only omissions rather than affirmative representations. JLR Limited further objects to the word "materials" as vague and ambiguous as used in this request.

6. All communications, including emails, concerning complaints regarding the Class Vehicles' windshields.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case. JLR Limited further objects to the phrase "communications . . . concerning complaints" as vague and ambiguous as used in this request.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case. JLR Limited further refers Plaintiffs to documents previously produced by JLRNA in response to Plaintiffs' First Set of Requests for the Production of Documents, JLR_Rains_0000289 (customer complaints) and JLR_Rains_000299-000305 (Project P334324).

7. All communications, including emails, concerning the Class Vehicles' windshields cracking or shattering.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case. JLR Limited further refers Plaintiffs to documents previously produced by JLRNA in response to Plaintiffs' First Set of Requests for the Production of Documents, JLR_Rains_0000289 (customer complaints) and JLR_Rains_000299-000305 (Project P334324).

8. All documents concerning the procedures, policies, protocols, and guidelines for the inspection, diagnosis, repair or replacement of Class Vehicles' windshields.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case.

JLR Limited further objects to the phrase "inspection, diagnosis, repair or replacement" as vague and ambiguous as used in this request.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case. JLR Limited further refers Plaintiffs to documents previously produced by JLRNA in response to Plaintiffs' First Set of Requests for the Production of Documents, JLR_Rains_000307-000310 (TOPIx – Glass Frames and Mechanisms for Section for Defender 2021 and 2022 Windshields), JLR_Rains_000291-000295 (Defender 2020 Workshop Manual Fixed Window Glass Inspection), JLR_Rains_000296-000298 (Global Warranty Manual Re Update to Glass Warranty for all Models), and JLR_Rains 000311-314 (Panoramic Roof Glass & Windshield Damage Inspection Procedure).

9. All documents concerning the procedures, policies, protocols, and guidelines for the determining whether a Class Vehicle's windshield has been damaged due to outside influence.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case. JLR Limited further objects to the phrase "damaged due to outside influence" as vague and ambiguous as used in this request.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case. JLR Limited further refers Plaintiffs to documents previously produced by JLRNA in response to Plaintiffs' First Set of Requests for the Production of Documents, JLR_Rains_000307-000310 (TOPIx – Glass

Frames and Mechanisms for Section for Defender 2021 and 2022 Windshields), JLR_Rains_000291-000295 (Defender 2020 Workshop Manual Fixed Window Glass Inspection), JLR_Rains_000296-000298 (Global Warranty Manual Re Update to Glass Warranty for all Models), and JLR_Rains 000311-314 (Panoramic Roof Glass & Windshield Damage Inspection Procedure).

10. All documents concerning or relating to any investigation performed regarding the Class Vehicles' windshields.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case. JLR Limited further objects to the term "investigation" as vague and ambiguous as used in this request.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case. JLR Limited further refers Plaintiffs to documents previously produced by JLRNA in response to Plaintiffs' First Set of Requests for the Production of Documents, JLR_Rains_000299-000305 (Project P334324).

11. All documents concerning or relating to any investigations reflected in the document bates-labeled JLR_Rains_000299-JLR_Rains_000305. A copy of the referenced document is attached hereto as Exhibit A.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for

documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case.

12. All documents concerning or relating to any testing that was performed on the Class Vehicles' windshields.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case. JLR Limited further objects to the term "testing" as vague and ambiguous as used in this request.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case.

13. All documents created in connection with or memorializing the results of studies, investigations, analyses, or revisions related the Class Vehicles' windshields.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case. JLR Limited further objects to the phrases "documents created in connection with" and "studies, investigations, analyses, or revisions" as vague and ambiguous as used in this request.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case.

14. Documents sufficient to identify the manufacturer(s) of each component of the Class Vehicles' windshields.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case. JLR Limited further objects to the phrase "each component" as vague and ambiguous as used in this request.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case.

15. Copies of all documents relating to the original design, and all proposed or implemented modifications thereof, for the Class Vehicles' windshields.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case.

16. Copies of all documents relating to or referencing any proposed or implemented modifications to any of the Class Vehicle's windshields.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case. JLR Limited further objects to the term "modification" as vague and ambiguous as used in this request.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case.

17. All communications between JLR LTD and its suppliers concerning the Class Vehicles' windshields cracking.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, and will produce those documents, if any, subject to the parties entering into a suitable Protective Order in this case.

18. Copies of any statements, written, oral or recorded, from any party, witness, or person with relevant knowledge, regarding the issues referred to in the Complaint.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to relevant issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case. JLR Limited further objects to this request as vague and ambiguous. JLR Limited is willing to meet and confer to clarify and appropriately narrow the scope of this request.

19. All documents and communications, including but not limited to scripts and outlines, utilized by Land Rover's customer service agents to respond to customer complaints relating to the Class Vehicles' windshields cracking.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that after conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, it has not identified documents responsive to this request.

20. All documents memorializing complaints by Class Vehicle owners and/or lessees regarding their vehicles' windshields.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that after conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, it has not identified documents responsive to this request. JLR Limited further refers Plaintiffs to documents previously produced by JLRNA in response to Plaintiffs' First Set of Requests for the Production of Documents, JLR_Rains_0000289 (customer complaints) and JLR_Rains_ 000299-000305 (Project P334324).

21. All documents memorializing complaints by Class Vehicle owners and/or lessees regarding their vehicles' windshields cracking.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it is conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, it has not identified documents responsive to this request. JLR Limited further refers Plaintiffs to documents previously produced by JLRNA in response to Plaintiffs' First Set of Requests for the Production of Documents, JLR_Rains_0000289 (customer complaints) and JLR_Rains_ 000299-000305 (Project P334324).

22. Copies of all 'minutes' recorded during any meetings where the Class Vehicles' windshields cracking was discussed.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that it after conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, it has not identified documents responsive to this request. JLR Limited further refers Plaintiffs to documents previously produced by JLRNA in response to Plaintiffs' First Set of Requests for the Production of Documents, JLR_Rains_ 000299-000305 (Project P334324).

23. Documents sufficient to identify the number of Class Vehicle windshields that have been replaced to date.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that after conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, it has not identified documents responsive to this request. JLR Limited further refers Plaintiffs to documents previously produced by JLRNA in response to Plaintiffs' First Set of Requests for the Production of Documents, JLR_Rains_0000286 (windshield replacement warranty data) and JLR_Rains_ 0000287 (windshield sales data).

24. Documents, including but not limited to part sale data, sufficient to identify the number of Class Vehicle windshields that have been sold by either of the Defendants or Land Rover dealerships in the United States to date.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that after conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, it has not identified documents responsive to this request. JLR Limited further refers Plaintiffs to documents previously produced by JLRNA in response to Plaintiffs' First Set of Requests for the Production of Documents, JLR_Rains_0000286 (windshield replacement warranty data) and JLR_Rains_ 0000287 (windshield sales data).

25. All documents, including but not limited to electronic data and e-mails, concerning or relating in any way to any cost analysis or similar research, analysis or reports prepared by or for JLR LTD concerning the manufacturing costs of modifying the Class Vehicles' windshields, including reports or documents concerning comparisons of cost and/or savings to JLR LTD by not implementing such modifications.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case. JLR Limited further objects to the phrase "cost analysis or similar research, analysis or reports" as vague and ambiguous as used in this request.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that after conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, it has not identified documents responsive to this request.

26. All price lists, labor schedules, warranty allowances and/or dealer or independent mechanic compensation schedules concerning the costs to replace the Class Vehicles' windshields, including but not limited to allowances for dealer replacement and price lists and labor schedules for independent mechanics.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case. JLR Limited further objects to this request as vague and ambiguous.

27. All documents, including but not limited to electronic data and e-mails concerning or relating in any way to any measurement, report, analysis or complaint regarding safety issues concerning or relating in any way to the Class Vehicles' windshields.

**RESPONSE:**

JLR Limited objects to this request as overly broad in scope as it is not limited to the issues in this case and thus seeks information that is neither relevant nor proportional to the needs of the case. JLR Limited further objects to the phrase "safety issues" as vague and ambiguous as used in this request.

Subject to and without waiving the foregoing objections and Objections to Instructions and Definitions, JLR Limited responds that after conducting a diligent search and reasonable inquiry for documents responsive to this request in its possession, custody or control, it has not identified documents responsive to this request. JLR Limited further refers Plaintiffs to documents previously produced by JLRNA in response to Plaintiffs' First Set of Requests for the Production of Documents, JLR_Rains_0000289 (customer complaints).

28. All documents, exhibits, evidence, or anything on which You intend to rely or otherwise introduce into evidence at trial, or other hearing in this case.

**RESPONSE:**

JLR Limited objects to this request as premature. Discovery and investigation are ongoing. JLR Limited reserves the right to identify such documents at the appropriate time in the litigation.

DATED: January 8, 2026

Respectfully submitted,

By: */s/ Thomas J. Sateary*

Thomas J. Sateary
BIEDERMANN HOENIG SEMPREVIVO PC
430 Mountain Avenue, Suite 405
New Providence, NJ 07974
Tel: (646) 218-7560
thomas.sateary@lawbhs.com

*Counsel for Defendant*
*JAGUAR LAND ROVER LIMITED*

**CERTIFICATE OF SERVICE**

I certify that on January 8, 2026, I caused a copy of Defendant Jaguar Land Rover Limited's Responses to Plaintiffs' First Set of Requests for the Production of Documents to be served on all counsel of record via electronic mail.

*/s/ Thomas J. Sateary*
Thomas J. Sateary