# EXHIBIT B

Confidential JLR_Rains_000934



# 0 MIS MARKETS AWARENESS REPORT

2020: WK 50



Confidential ©2020

# REDACTED – NON-RESPONSIVE

Confidential JLR_Rains_000936

# REDACTED – NON-RESPONSIVE

REDACTED – NON-RESPONSIVE