# EXHIBIT C

LAW OFFICES
TURNER HENNINGSEN WOLF & VANDENBURG, LLP
707 WILSHIRE BOULEVARD, SUITE 3700
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 653-3900 FACSIMILE (323) 653-3021

August 14, 2026

**[Via Email]**

Sergei Lemberg
slemberg@lemberglaw.com
Joshua Markovits
jmarkovits@lemberglaw.com
43 Danbury Road
Wilton, CT 06897

**Re: Jason Rains v. Jaguar Land Rover North America, LLC, et al.**
**Case No.: 2:22-cv-04370-EP-JSA**

Dear Counsel:

I write in response to your July 30, 2026 letter regarding Jaguar Land Rover Limited's ("JLR") discovery responses. I look forward to discussing as needed during the parties' upcoming meet-and-confer.

**4. Distribution and Sales Agreements**

JLR disagrees with Plaintiffs' assertion that no responsive documents have been produced. JLR previously produced the NSC Distribution Agreement at Bates Nos. JLR_Rains_000589-611.

**5. Marketing**

JLR stands on its objections to Requests for Production Nos. 4 and 5. As set forth in its responses, JLR objected to these requests because they seek information that is neither relevant nor proportional to the needs of the case, which alleges omissions rather than affirmative representations. Plaintiffs' July 30, 2026 letter does not provide any basis warranting withdrawal of those objections. Nevertheless, the parties can discuss Plaintiffs' position and any remaining issues concerning these requests during the parties' upcoming meet-and-confer.

**6. Identification of Individuals in JLR_Rains_000612-618.**

JLR previously produced the unredacted version of the referenced document at Bates Nos. JLR_Rains_000612-618. In addition, the identities of the individuals identified in JLR_Rains_000612-618 are as follows:

· Pradeep Kumar Negalur (Resolve Engineer)
· Mark Watkin (QPD Project Owner)
· Nigel Shakles (QPD Project Owner)
· Tristan Hooper (Resolve Engineer)
· Marek Potancok (Resolve Engineer)
· Adam Mealand (Resolve Engineer)
· Jamie Simpson (Service Project Leader)

· Diego Garcia Lazaro (Governance Leader)
· Derek Wellington (QPD Project Owner)
· Sravan Reddy Sama (Resolve Engineer)
· Armenio Tomas (Resolve Engineer)
· Juhad Ali (Resolve Engineer)
· Tom Vandamme (Team Leader)
· Roy Fozdar (Resolve Engineer)
· Abdulla Kunjahmed (Resolve Engineer)
· Lee Taylor (Service Project Leader)
· Krunal Rana (Team Leader)
· Balint Meszaros (Resolve Engineer)
· Caroline Abid (Team Member)
· Darren Gardner (Resolve Engineer)
· Christopher Davies (Service Project Leader)

**7. Emails and Communications**

JLR has undertaken collection, review, and production efforts concerning documents responsive to these requests and has already produced numerous responsive documents, including emails and engineering materials. JLR's review remains ongoing, and JLR anticipates making additional productions.

JLR's collection and review efforts have included custodians such as Adrian Jenkins, Justin Whitehead, Adam Deas, Darren Gardner, and personnel associated with the relevant investigation. In addition, JLR used the search terms proposed by Plaintiffs in their January 26, 2026 correspondence in connection with its collection efforts. JLR's review remains ongoing, and JLR reserves the right to supplement its collections, custodians, search criteria, and productions as appropriate.

To the extent Plaintiffs seek additional information concerning custodians, search terms, repositories searched, or other aspects of JLR's collection and review efforts, JLR does not believe further disclosure is presently required. Nevertheless, the parties can discuss during the upcoming meet-and-confer.

JLR disagrees with Plaintiffs' characterization of its productions and does not agree that re-production of previously produced documents is warranted. To the extent Plaintiffs contend that particular redactions are improper, JLR requests that Plaintiffs identify the specific documents and redactions at issue so that the parties may discuss those concerns in a focused and efficient manner.

Sincerely,
/s/ Mathew Wolf

Cc : Joan R. Camagong
Michael Mallow
Molly Carella
Thomas Sateary